# CRIMINAL MINUTE ORDER

**BEFORE JUDGE**: BROWN, USDJ  **DATE:** 10/20/2023
**DOCKET No.** CR-23-129

**DEFENDANT:** Surage Perera  **DEF. #**
Present on bond

**DEFENSE COUNSEL:** Nicholas Kaizer
Choose an item.

**A.U.S.A.**: Caffarone, Christopher
INTERPRETER: [Choose an item.] -- [Choose an item.]
PROBATION OFFICER/PRETRIAL: Choose an item.
COURT REPORTER/FTR LOG: Marie Foley  DEPUTY: LEL

- ☐ Allocution
- ☐ Arraignment
- ☒ Change of Plea Hearing (~*Util-Plea Entered*)  ☐ Initial Appearance
- ☐ Telephone Conference  ☐ Detention hearing
- ☐ Bond hearing
- ☐ Motion Hearing Non Evidentiary  ☐ Plea Agreement Hearing
- ☐ Other Evidentiary Hearing Contested  TYPE OF HEARING_____

**Do these minutes contain ruling(s) on motion(s)**?  ☐ YES  ☒ NO

- ☒ Case called.
- ☒ Counsel for all sides present.
- ☒ Defendant is informed of his/her rights.
- ☐ Choose an item..
    - ☐ Pursuant to Federal Rule of Criminal Procedure 5(f), the court confirmed the Government's disclosure obligations under *Brady* v. *Maryland*, 373 U.S. 83 (1963), and its progeny, and summarized the possible consequences of violating those obligations. Written order to be docketed separately.

- ☒ Defendant waives public reading.

- ☒ Defendant is sworn to his statements.

- ☒ Defendant is questioned as to whether s/he has read and understands the charging instrument and the plea agreement. Defendant has.

- ☐ Defendant waives indictment, a waiver is executed.

| | |
|---|---|
| ☒ | Defendant withdraws previous plea of not guilty and enters a plea of guilty to count _1_ of the Indictment. |
| ☒ | The defendant explains the offense committed, the Government offers the proof they would present to the Court during trial. |

☒ The Court finds a factual basis for the plea and accepts it.

☒ Probation notified.
☐ Sentence held in abeyance.
☒ Sentencing date set for 3/1/2024 at 1:30 p.m.
☐ Government moves for Choose an item., argument heard.
☐ Choose an item.:
    ☐ Ruling:
        ☐ Order setting conditions of bond executed.
        ☐ Detention Order executed.
            ☐ Permanent.
            ☐ Temporary: Hearing set for Click or tap to enter a date.
☐ Defendant Choose an item.
☐ Transcript of these proceedings ordered sealed. The transcript may be provided for use by counsel in this matter only.
☐ OTHER:
☒ Defendant continued: ☐ in custody ☒ on bond